SALVATORE FANELLI, Respondent, v. THE PRUDENTIAL LIFE INSURANCE COMPANY, Appellant.— Order affirmed, with costs, upon the last ground mentioned in the order appealed from, namely, that the jurors were permitted to consider matters not within the scope of the pleadings and proof. All concur. (The order grants motion to set aside the verdict and for a new trial in an action to recover amount of premium paid on two life insurance policies.) Present — Sears, P. J., Thompson, Crosby, Lewis and Cunningham, JJ.

PERCIVAL BUSH, Respondent, v. JEWEL TEA COMPANY, INCORPORATED, and CARL BOYNTON, Appellants.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellants to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $5,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur. (The judgment awards plaintiff damages for personal injuries sustained in an automobile collision. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Thompson, Crosby, Lewis and Cunningham, JJ.

AUDREY LOUISE DORLAND, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Defendant, and MAIE CORWIN DORLAND, as Administratrix, etc., of C. L. DORLAND, Deceased, Respondent.— Judgment affirmed, with costs. All concur. (The judgment awards the defendant proceeds of life insurance policy in an action brought to recover death benefit under a group life insurance policy.) Present — Sears, P. J., Edgcomb, Thompson, Lewis and Cunningham, JJ.

CHARLES POLGE, an Infant, etc., by AUGUST POLGE, His Guardian ad Litem, Respondent, v. JULIUS GLAZER and GLAZER-LEVY, INCORPORATED, Appellants.— Order reversed on the facts and a new trial granted, with costs to the appellants to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $3,000 as of the date of the rendition thereof, in which event the order so appealed from and the judgment are modified accordingly and as so modified the order so appealed from is affirmed, without costs of this appeal to either party. The guardian ad litem is granted permission to stipulate the reduction. All concur, except Thompson, J., who dissents and votes for affirmance. (The order denies a motion to set aside the verdict because excessive in an action to recover for damages for personal injuries resulting from being struck by an automobile.) Present — Sears, P. J., Edgcomb, Thompson, Lewis and Cunningham, JJ.

G. F. HINMAN, Respondent, v. H. T. OATMAN, Appellant,— Judgment affirmed, with costs. All concur. (The judgment awards plaintiff damages for wrongful conversion of an automobile truck.) Present — Sears, P. J., Edgcomb, Thompson, Lewis and Cunningham, JJ.

MURDOCH KENNEDY, Appellant, v. GREAT LAKES TRANSIT CORPORATION, Respondent.— Judgment affirmed, with costs. All concur. (The judgment awards plaintiff damages for personal injuries caused by truck falling through open hatchway on a boat.) Present — Sears, P. J., Edgcomb, Thompson, Lewis and Cunningham, JJ.